# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0052. IN THE INTEREST OF: D. R. H. AND J. R. H., CHILDREN (MOTHER).

The mother of D. R. H. and J. R. H. seeks discretionary appeal from an August 1, 2014 juvenile court order denying her motion for new trial in a termination of parental rights case. The mother filed her application for discretionary appeal on September 10, 2014. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d).  A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Although the mother filed a "Motion to File Application For Appeal Out of Time" on September 10, 2014, and this Court is authorized to grant an extension of time for the filing of an application for discretionary appeal, requests for extensions must be filed "on or before the due date of the discretionary application." Court of Appeals Rule 31 (g).  Otherwise, this Court lacks the authority to grant the request based on reasons of non-constitutional significance.  See *Gable v. State*, 290 Ga. 81, 85 (2) (b) (720 SE2d 170) (2011); OCGA § 5-6-39 (d).

Because both the mother's application and her motion for an extension to file her application were not filed until 40 days after the denial of her motion for new trial, they are untimely. Accordingly, this application is DISMISSED for lack of jurisdiction. The mother's motion to file an out of time application is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/02/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*